| OWNER | MOTION PICTURE | Certificate Number |
|---|---|---|
| Fallen Productions, Inc. | *Angel Has Fallen* | PA2197434 |
| Criminal Productions, Inc. | *Criminal* | PA01984029 |
| LHF Productions, Inc. | *London Has Fallen* | PA1982831 |
| Millennium Funding, Inc. | *Mechanic: Resurrection* | PA1998057 |
| Bodyguard Productions, Inc. | *The Hitman's Bodyguard* | PAu3844508 |
| Hunter Killer Productions, Inc. | *Hunter Killer* | PA2136168 |
| HB Productions, Inc. | *Hellboy* | PA2176664 |
| Rambo V Productions, Inc. | *Rambo V: Last Blood* | PA2202971 |
| TBV Productions, LLC | *I Feel Pretty* | Pau3896491 |
| Colossal Movie Productions, LLC | *Colossal* | Pau003806054 |
| Venice PI, LLC | *Once Upon a Time in Venice* | PA2039391 |
| Colossal Movie Productions, LLC | *Colossal* | Pau003806054 |
| Headhunter LLC, | *The Family Man* | PA2039392 |
| Dallas Buyers Club, LLC | *Dallas Buyers Club* | PA0001873195 |
| Definition Delaware, LLC | *The Professor and the Madman* | PAu003920383 |
| Wicked Nevada, LLC | *Extremely Shockingly Evil and Vile* | PAu003953148 |

**Exhibit "1"**