Internet Protocol Address 91.207.175.82

| NO | Peer ID | Torrent Hash |
|----|---------|--------------|
| 1 | 2D554D313837302D02A497FC21D4885769A471DA | D156EA72DD58613199BEA2419ED31F5AAE7D1ECC |
| 2 | 2D7142343131302D68533345453176704 6453472 | 003340C735B569D20B47B91A769529474D3F2161 |
| 3 | 2D7142333233302D597441293468334C5A632871 | 38D78C235D05CDE7517358889274EAF0495F984E |
| 4 | 2D554D313837302D14ABDFA4A7F1A24D41BBB7C7 | 530C56F11A14EB8A10E5BC1B05925D27B4115980 |
| 5 | 2D415A353735302D3434704F614A69566B687870 | F63F5737AA36AC1D23B92B4E14957F3B79E507C1 |
| 6 | 2D554D313837302D02A4BE72F180919DA7AE5AB2 | 58715EAF3B97E18068EEEE6066B536F264FB7398 |
| 7 | 2D415A353735302D3434704F614A69566B687870 | F63F5737AA36AC1D23B92B4E14957F3B79E507C1 |
| 8 | 2D5554333534532DDCAD759789F98210EA7D6B46 | 6B30D9F4FB05238053EA9201DDC079FF27923D59 |
| 9 | 2D415A353736302D3262677371525A7359596342 | 2C0DFF79FE6A49DEE65AD2DCD3441E43365C4353 |
| 10 | 2D7142343132302D3650377E7178626B4F5A3170 | 003340C735B569D20B47B91A769529474D3F2161 |
| 11 | 2D5554323231302D2A62E5710EEC64FAE275AD28 | 49EDABDDFFEA2D2FD9B7FC76F85BEE7402917028 |
| 12 | 2D5554333534532DE8AD6A6192C1DBC9B023C6B7 | 9868A8EB3385BD8A4C39EA05AC96B4FDEC27A800 |
| 13 | 2D5452323834302D6D6837696338367A74756965 | 51CEF1CF6C244EB03780CEC8A2C55C97109D0752 |
| 14 | 2D5554333534532D58AED18E5691D105F69869E6 | 213E08F3E06A356AE32D0F560A431F2CEAE0298F |
| 15 | 2D5452323834302D7535306962373875646 1726C | 51CEF1CF6C244EB03780CEC8A2C55C97109D0752 |
| 16 | 2D5554333534532D58AE847D103AF61F82FE448B | 176BB544E7CE14F14135EC8DA7304C55A29ED7D3 |
| 17 | 2D4657363733462D57757A4F3946415076756E76 | F767308A8F049CC4FDA72FF94B351D2E70DAF730 |
| 18 | 2D5554323231302D2A62E2B00AC6D5A5ACE5C87D | 49EDABDDFFEA2D2FD9B7FC76F85BEE7402917028 |
| 19 | 2D5554333534532D2EAFFD87FE4E0A40F8C5BA32 | FF29CB75986B6711CB47E75865F5BD758D080B3E |
| 20 | 2D5554333534532D2EAF15D674C1C8847892689E | 28B1DFAEDFE799B2882FE3A4B3C23F2BB4A60637 |
| 21 | 2D7142333346302D792869534C6D74774C76482D | 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD |
| 22 | 2D5554333534532D2EAF252AB18AE11EAF25ED81 | 28B1DFAEDFE799B2882FE3A4B3C23F2BB4A60637 |
| 23 | 2D415A353735302D486D64384D5977334B553271 | F767308A8F049CC4FDA72FF94B351D2E70DAF730 |
| 24 | 2D5554333534532D2EAFF7B3ACCC11DB8B266B04 | 28B1DFAEDFE799B2882FE3A4B3C23F2BB4A60637 |
| 25 | 2D7142333346302D792869534C6D74774C76482D | 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD |
| 26 | 2D5554333534532D2EAF8F0EE85089EE21ACD45B | 28B1DFAEDFE799B2882FE3A4B3C23F2BB4A60637 |
| 27 | 2D415A353735302D536C634E4D6A777851346376 | F710F541641A56DC4DB98685A176C7B4B5A2D651 |
| 28 | 2D4254376134532D2FAF95D0F53BFC82EA734493 | F9094FA90599090AEB3D46DFA85755C41A25646B |
| 29 | 2D5554333534532D2EAFB4E4039A7726BEAE8F34 | A921EF0F3148C570CF63C243960CE82F69C10D21 |
| 30 | 2D4254376134532D2FAF8EF72782FC92091D6820 | F9094FA90599090AEB3D46DFA85755C41A25646B |
| 31 | 2D554D313837302D869A36F41674C76C9CBCA402 | E1713DC4FC1ADBC14CC7CD6D6ACC70D6AFCEE9A6 |
| 32 | 2D7142343133302D6F6B7353546F7643306B384F | F9094FA90599090AEB3D46DFA85755C41A25646B |
| 33 | 2D424C3234353332312D30443428746345623756 | 0E7DF2997B9659AB57EAF2D0BFDCADA9C79EB6EC |
| 34 | 2D5554333535532D9AAFB0FE736AFE51FC66442F | F9094FA90599090AEB3D46DFA85755C41A25646B |
| 35 | 2D4243303135332D1017A8334A920301804B04BD | 097CAC11243E7C131D58DC620DFBD0C53A2DAF4C |
| 36 | 2D7142343135302D69736E7E3059312929595A41 | B37F20638A9A8ACA5BF32E3B55694386A7640AD9 |
| 37 | 2D7142343133302D282A4D4E4F6C702E6F584B72 | 57537D93A76F574369DC2E573E99C3840A9FD89D |
| 38 | 2D7142343133302D785432546C434631457E7E74 | 71C3A82E95DD78ADACC2A5F67F22AB6DEE80CD15 |
| 39 | 2D554D313837302D02A4E13BA501BA8ED2A1AE15 | C7301D156EC3CCE6F0AE32C4C27499C9603D2BAE |
| 40 | 2D415A353736302D6966334E7930515075614952 | D58952BDBBBFBA9DA444F8FE99DCF2C7F2E4AB77 |
| 41 | 2D415A353735302D574D565078626D38796F5963 | 57537D93A76F574369DC2E573E99C3840A9FD89D |
| 42 | 544958303235382D63396437623864396A356330 | D4343F98A609ACB600E2CE20A5FD98F5F72D8C82 |
| 43 | 544958303235382D643362366A31663462346633 | EAE42F40D4C3446D738EE935564AC12CF6A45BC2 |
| 44 | 2D7142343034302D6544282D786969596E424D4F | 9090532B69513F182F2ACDE30F3A13F1549D3641 |
| 45 | 2D5554333531532D2CAD3169C8F5AF712620D8E7 | FB61EC2887C4930B2AD95E8071094C698CD3AEC4 |
| 46 | 2D7142343034302D683979367832344A4C646831 | 9090532B69513F182F2ACDE30F3A13F1549D3641 |

Exhibit "2"

| | | |
|---|---|---|
| 47 | 2D5554333531532D2CAD4250B8899F4BB3EC596E | FB61EC2887C4930B2AD95E8071094C698CD3AEC4 |
| 48 | 2D424C3234363332382D295F6528473341766341 | 57537D93A76F574369DC2E573E99C3840A9FD89D |
| 49 | 2D5554333535532DC2AF88622CABCEE272B6B5B2 | F9094FA90599090AEB3D46DFA85755C41A25646B |
| 50 | CFF100CF3B890347CE61BD307E82AC92230D961D | 33203B07F2A1184BC109499A970AD59F44C77279 |
| 51 | 2D5452323834302D326236693265727235666B78 | 838C97012CD4D722DFF337056501C65B7BE3A0A3 |
| 52 | 2D7142343134302D4D684E63666A532E79413530 | E92D86A788C5B60E835856062F4C18E55AD8EBB2 |
| 53 | 2D7142343134302D6332306F2D6E4230505F305A | BA2DF2124F634B47A54C1B33E6945BD76682404F |
| 54 | 2D7142343134302D31322144692D6F4256323453 | E92D86A788C5B60E835856062F4C18E55AD8EBB2 |
| 55 | 2D7142343135302D4373564F533461554E762956 | 9090532B69513F182F2ACDE30F3A13F1549D3641 |
| 56 | 2D7142343134302D4537646A474C785232316F45 | BA2DF2124F634B47A54C1B33E6945BD76682404F |
| 57 | 2D5452323834302D6176356D776E736263717270 | 51CEF1CF6C244EB03780CEC8A2C55C97109D0752 |
| 58 | 2D5554333535532DC2AFD7D2C38580A2237AD441 | 9090532B69513F182F2ACDE30F3A13F1549D3641 |
| 59 | 2D5452323834302D7A756C67616F64636D673464 | 51CEF1CF6C244EB03780CEC8A2C55C97109D0752 |
| 60 | 2D5554333535532DC2AF7883A7C11B3F66B19D80 | E1713DC4FC1ADBC14CC7CD6D6ACC70D6AFCEE9A6 |
| 61 | 2D7142343133302D2141377A735548547A417536 | 0D9E7ED5039C234B4383DB1C797522ADFC3CC2D0 |
| 62 | 2D5452323834302D6B66723033783637756D3662 | F710F541641A56DC4DB98685A176C7B4B5A2D651 |
| 63 | 2D5452323834302D32346E396965346E65763677 | 51CEF1CF6C244EB03780CEC8A2C55C97109D0752 |
| 64 | 2D5452323834302D3470656B36646B6966337167 | F710F541641A56DC4DB98685A176C7B4B5A2D651 |
| 65 | 2D5452323834302D736E38787674376E38783470 | 51CEF1CF6C244EB03780CEC8A2C55C97109D0752 |
| 66 | 2D5554333533532D8CADBC97EFFF6A6A2BBCB836 | A6456BFAE6B7EE774FB3321EEE7AF132051C937E |
| 67 | 2D5452323834302D6575753165617666623O6165 | 51CEF1CF6C244EB03780CEC8A2C55C97109D0752 |
| 68 | 2D5452323834302D327076643133316B626F716E | F710F541641A56DC4DB98685A176C7B4B5A2D651 |
| 69 | 2D7142333347302D522178377730773129614B4E | BA2DF2124F634B47A54C1B33E6945BD76682404F |
| 70 | 2D7142333347302D522178377730773129614B4E | 93BE2E1D61D155B7F014681D76BE94BE41D73128 |
| 71 | 2D5757303039382D43434175586375694E6A4A54 | 6B30D9F4FB05238053EA9201DDC079FF27923D59 |
| 72 | 2D5452323932302D74386F697861327133653934 | 7C7FF788E6DB46AC7E12373284CD4B991326B5FD |
| 73 | 2D5452323834302D787A6C7374736F3371787033 | F710F541641A56DC4DB98685A176C7B4B5A2D651 |
| 74 | 2D5554333233302D21707F437C3C15ED6A5A421B | 9090532B69513F182F2ACDE30F3A13F1549D3641 |
| 75 | 2D5554333535572D5AB0A27644CD7F45D3C1E2F3 | 0D1F8F76110B0DB8E07BEB75F46CB2292C686166 |
| 76 | 2D5452323834302D386270733636336171773967 | 51CEF1CF6C244EB03780CEC8A2C55C97109D0752 |
| 77 | 544958303235352D6632673864386531643862335 | 3956F4447EBE30C55C312FB8A422B23A181B5946 |
| 78 | 2D5554333535572D5AB0B98E7CF9F706C3F5E278 | 2218E0EC81BEBB14CA65399BB2CA34A32DA0FE88 |
| 79 | 2D5554323231302D1662EC7133969623B353ADDE | 69215C1E778F23F6AB0BFB613DC39B831A3C9A1A |
| 80 | 544958303235382D69336833613O613969356330 | 29DC4F4F3B271195837BF42776E502D036B109A8 |
| 81 | 2D5452323834302D627269626E786C346B786333 | F710F541641A56DC4DB98685A176C7B4B5A2D651 |
| 82 | 2D5452323934302D6A746D6A3567357961686A6C | D58952BDBBBFBA9DA444F8FE99DCF2C7F2E4AB77 |
| 83 | 2D5554333535532D5AB01232C53B4E72FC57A77B | C5C1C5FA6F3085F18314A090644DF1475FAEA955 |
| 84 | 2D5554333535532D5AB064C4F307D29A67B9C5D4 | C5C1C5FA6F3085F18314A090644DF1475FAEA955 |
| 85 | 2D5452323834302D746335386237726E6438686B | F710F541641A56DC4DB98685A176C7B4B5A2D651 |
| 86 | 2D5452323834302D746335386237726E6438686B | F710F541641A56DC4DB98685A176C7B4B5A2D651 |
| 87 | 4D372D342D332D2D03A4D59425D83DDD7759F237 | 2218E0EC81BEBB14CA65399BB2CA34A32DA0FE88 |
| 88 | 2D4C54313230302D216C4D57522D523143765046 | EEA6756FD0338CA941E7770D5ECA07DCFC1793CF |
| 89 | E73A5C8772F8E4B17E7BD7C5DE4F767B40F28C88 | 69215C1E778F23F6AB0BFB613DC39B831A3C9A1A |
| 90 | 70F64EAB41CB1E1645B8318416D2E5263DFD6BA4 | 69215C1E778F23F6AB0BFB613DC39B831A3C9A1A |
| 91 | 2D5554333535572D5AB057E122C0E88E72B6A1F8 | 7658C04E8620A3389D5B6AFBED472AD1B36B7A50 |
| 92 | 2D5554333535572D5AB0AF7738C8B90ED76DCC36 | 7658C04E8620A3389D5B6AFBED472AD1B36B7A50 |
| 93 | 2D5554333535572D5AB0A7CA5D21053CD36DCD8D | 28B1DFAEDFE799B2882FE3A4B3C23F2BB4A60637 |

| 94  | 2D5554333535572D5AB08A8782D04E7E8B1B8E38 | 7658C04E8620A3389D5B6AFBED472AD1B36B7A50 |
|-----|------------------------------------------|------------------------------------------|
| 95  | 2D5554333535572D5AB0BCDA5EA39CADB8326F2C | 28B1DFAEDFE799B2882FE3A4B3C23F2BB4A60637 |
| 96  | 2D5554333535572D5AB0AA547A0E3EA30AE6A823 | 28B1DFAEDFE799B2882FE3A4B3C23F2BB4A60637 |
| 97  | 2D5554333535532D5AB02473D421BF723B7D2500 | 3B78D8750B6AF0C836FE49AF82061E80F3F3DB10 |
| 98  | 2D5554333535572DAFB05EB7E16E14FEC71ED83E | 2F694267CB5DFA399C268496270E1EEA2FB64128 |
| 99  | 2D5554333535572DAFB0A9770CD221FF3F0888B8 | 2F694267CB5DFA399C268496270E1EEA2FB64128 |
| 100 | 2D5554333535572DAFB043C2BE364DBECF072A38 | 2F694267CB5DFA399C268496270E1EEA2FB64128 |
| 101 | 2D5757303039382D68646E5876423970524E3776 | 57537D93A76F574369DC2E573E99C3840A9FD89D |
| 102 | 2D554D313837302D14AB61BF8E95FB02509EF5E9 | F710F541641A56DC4DB98685A176C7B4B5A2D651 |
| 103 | 4D372D342D332D2D15AB77F8BA167A68862F7EC3 | EE05B0F9EFD52991D81840803A08C14D5F9C82EC |
| 104 | 2D5554333535572DD7B01BB3218C91D13B11B540 | F4AE9AB7CF143D2A8DC494CC71D12A09CEDD0F21 |
| 105 | 2D7142343135302D6C394B367336796D672D5A43 | B90C4DBFBC5413E0A12CE42D11F69CBFA5C7B384 |
| 106 | 2D7142343136302D6935353138555A686E665735 | 4C1B1DC9AFB8896236A64DBAD12737771BF7DC7D |
| 107 | 2D464C313439302D7739322A5734472A41294970 | E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 |
| 108 | 2D4C54304748302D4A435734306B79794D54322D | 63BFA763AEF6A21728607C05F1B8E2365B34FEB8 |
| 109 | 2D4C54304748302D4A435734306B79794D54322D | 63BFA763AEF6A21728607C05F1B8E2365B34FEB8 |
| 110 | 2D5554333535572DD7B08370094C0C572069A526 | A6456BFAE6B7EE774FB3321EEE7AF132051C937E |
| 111 | 2D5554333535572DD7B053E54B9D34A507F53FE8 | 913EF55D5DD1A9376B738922E5104B3A1BE3754A |
| 112 | 2D4C54304748302D4A435734306B79794D54322D | 63BFA763AEF6A21728607C05F1B8E2365B34FEB8 |
| 113 | 2D5554333535572DD7B0DC358CB797F3EB350241 | A6456BFAE6B7EE774FB3321EEE7AF132051C937E |
| 114 | 2D5554333535572DD7B0971D8A49C71AC69591D0 | 913EF55D5DD1A9376B738922E5104B3A1BE3754A |
| 115 | 2D7142343034302D2E3859362A7948453834354A | 18031E80B3360664B3641E1B7952172740AD5A63 |
| 116 | 2D7142343034302D766B762E6C44676E45706C49 | 18031E80B3360664B3641E1B7952172740AD5A63 |
| 117 | 2D5554333534532DE8AD030979EB6FE068698CCF | 7AD50CD46F57AE7356BB88067C5FAA68852FC7A2 |
| 118 | 2D7142343136302D6D796857297768342D50426E | BEE5496EECD0D241E9ABB864400062DA3D17283F |
| 119 | 2D7142343136302D487066613348452D68475863 | BEE5496EECD0D241E9ABB864400062DA3D17283F |
| 120 | 2D5452323932302D367979643877776930346267 | 20D154CA4A99FFDEE7FC295908EBBA9C78081B41 |
| 121 | 2D5452323932302D367979643877776930346267 | 20D154CA4A99FFDEE7FC295908EBBA9C78081B41 |
| 122 | 2D7142343135302D675173635A3062617E7E4138 | 16CE26D6CDDCA3ED073D1EB410E5F32151E23137 |
| 123 | 2D7142343135302D6A554463744647646E434E7A | 16CE26D6CDDCA3ED073D1EB410E5F32151E23137 |
| 124 | 2D4254373932302DF17DDCB263436FD740381A1C | 7CCD031F4E6B5738C124EB9EE7F5C448FCA219BB |
| 125 | 544958303235312D663769366730673367306336 | E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 |
| 126 | 2D4254373932302DF17D68A5824830D8035ADCFC | 7CCD031F4E6B5738C124EB9EE7F5C448FCA219BB |
| 127 | 544958303235312D673166376533643162326635 | E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 |
| 128 | 544958303235312D673166376533643162326635 | E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 |
| 129 | 2D4254373932302DF17D4540EF0E46E30369BBF2 | 7CCD031F4E6B5738C124EB9EE7F5C448FCA219BB |
| 130 | 544958303235312D673166376533643162326635 | E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 |
| 131 | 2D4254373932302DF17D9162628133CD5F68BDD3 | 7CCD031F4E6B5738C124EB9EE7F5C448FCA219BB |
| 132 | 544958303235312D673166376533643162326635 | E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 |
| 133 | 544958303235312D693961336936613969386437 | E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 |
| 134 | 2D4254373932302DF17DAE54DCCDBF8A92FED4F7 | 7CCD031F4E6B5738C124EB9EE7F5C448FCA219BB |
| 135 | 2D4254373932302DF17D1FD0C77514FD75D7EB6D | 7CCD031F4E6B5738C124EB9EE7F5C448FCA219BB |
| 136 | 2D4254373932302DF17D5545C9F27FAA7D075F33 | 7CCD031F4E6B5738C124EB9EE7F5C448FCA219BB |
| 137 | 2D5554344232302D6F6456564A6642324A4B4465 | 16CE26D6CDDCA3ED073D1EB410E5F32151E23137 |
| 138 | 2D5554344232302D6F6456564A6642324A4B4465 | 16CE26D6CDDCA3ED073D1EB410E5F32151E23137 |
| 139 | 2D5554333535572DEBB087DBE93904611196F658 | C9B7AF8D6173F78598D7E9921BA6F39B34023195 |
| 140 | 2D5452323934302D76373665306A66647A763237 | 0369BB050DD3DA4AA76D1CDD8057A6F8BE8F369E |

| | | |
|---|---|---|
| 141 | 2D5452323832302D72326B69737A6638687A6677 | E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 |
| 142 | 2D7142343135302D314361382E4236733359565A | 9816F028ABBB97EDFF0B66B098A5BBDBCE468CE5 |
| 143 | 2D4254376135532DD8B019469CB26074A3F922EF | 06B506F21B8B658656A6348A2A996A4253A70C9D |
| 144 | 2D5554333535572DFFB00BE3200C83706FC01AB9 | C203F07362099C9DD3EFD62F5F6AC8BFEA1D525D |
| 145 | 2D5554333535572DFFB079CB87BC7CB7E6FA6DDA | 17EACE7A4166120CDA13F44856BA5D6B7E4DCEBA |
| 146 | 2D5554333535572DFFB090EC31CDF94B5D8C2D1D | B75E65F249970A9127BE21F376E1D0DBA97D5AC9 |
| 147 | 2D5452323932302D71706D756575757267717464 | FE8B78DC450AB8639966C50A23AC8A32B4A52EC5 |
| 148 | 2D7142343136302D517039486370376F39706A42 | C9B7AF8D6173F78598D7E9921BA6F39B34023195 |
| 149 | 2D5554333535572D1DB18CE218637843B1063586 | 5FD06ECEAD783738066F56B6F92CF62331797530 |
| 150 | 2D5554333535572D1DB1A8CA66EFC37F822F4DB3 | AE481689AAC854A6482156D992281305DC392CD5 |
| 151 | 2D5554333535572D1DB1E272A182608459EE4397 | AE481689AAC854A6482156D992281305DC392CD5 |
| 152 | 2D5554323034302DB257EBEF8067E91F25497AA3 | 3CF85821BAA3C42CD97B89C83A2EEBB43B35F68E |
| 153 | 2D5554333535572D1DB152A354580395DBAA83C9 | AE481689AAC854A6482156D992281305DC392CD5 |
| 154 | 2D5554333535572D1DB14D8FA5428B3B1A02E2F1 | AE481689AAC854A6482156D992281305DC392CD5 |
| 155 | 2D5554333535572D1DB1E47B81BC93260791199F | AE481689AAC854A6482156D992281305DC392CD5 |
| 156 | 2D5554333535572D1DB1473FE9AA827DADCD10EB | AE481689AAC854A6482156D992281305DC392CD5 |
| 157 | 2D5554333535572D1DB12628FCE890629BA9B5F4 | AE481689AAC854A6482156D992281305DC392CD5 |
| 158 | 2D5554333535572D1DB1CB1E6DF73E392E7775C8 | AE481689AAC854A6482156D992281305DC392CD5 |
| 159 | 2D5554333535572D1DB13F10B6B310390F62C0C1 | 5ADE132FD3D11134A4CF38380F5B1F0C2D4664D9 |
| 160 | 2D5554323034302DB257EBEF8067E91F25497AA3 | 3CF85821BAA3C42CD97B89C83A2EEBB43B35F68E |
| 161 | 2D5554333535572D1DB146C58C62A9707171C907 | 5ADE132FD3D11134A4CF38380F5B1F0C2D4664D9 |
| 162 | 2D5554323034302DB257EBEF8067E91F25497AA3 | 3CF85821BAA3C42CD97B89C83A2EEBB43B35F68E |
| 163 | 2D7142343136302D6C55575A443962675A4D566C | C9B7AF8D6173F78598D7E9921BA6F39B34023195 |
| 164 | 2D7142343136302D70295434703456213973552A | C9B7AF8D6173F78598D7E9921BA6F39B34023195 |
| 165 | 2D5554333535572DFFB09C8DF215CD0E5125BED9 | E1F8020C12028A1C9AC791E790FDC53F3F65A3E4 |
| 166 | 2D5554323034302DB257EBEF8067E91F25497AA3 | 3CF85821BAA3C42CD97B89C83A2EEBB43B35F68E |
| 167 | 2D7142333346302D70394C7A72747A6C2D4D2170 | 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD |
| 168 | 4D372D342D332D2D15AB32B414B91461A5EF6D39 | 5710300B9B7A5387CE02607473905769780CB31C |
| 169 | 2D5554333535572D35B1354914C4A8CDB9985241 | A6456BFAE6B7EE774FB3321EEE7AF132051C937E |
| 170 | 2D5554333535572D35B148CDDED99BFFBAC42989 | 913EF55D5DD1A9376B738922E5104B3A1BE3754A |
| 171 | 2D5554333535572D35B1DB6A84CA87481C5D0F73 | A6456BFAE6B7EE774FB3321EEE7AF132051C937E |
| 172 | 2D5554333533532DCEAD40040168FDAE7624DB03 | D58952BDBBBFBA9DA444F8FE99DCF2C7F2E4AB77 |
| 173 | 2D5554333535572D35B1B8A4EFDC24BDC9261C20 | EB381B85CF55EDB8C23677A97767894FCA4608CB |
| 174 | 2D5554333535572D35B154E58AC2BA1E22574CAE | EB381B85CF55EDB8C23677A97767894FCA4608CB |
| 175 | 2D5554333535572D35B1156E9BC35DED32C174C3 | EB381B85CF55EDB8C23677A97767894FCA4608CB |
| 176 | 2D415A353735302D6B7452565552485A4B655156 | 25BF3D53D7FD282A3D92035F31F5775DB626A646 |
| 177 | 2D7142343139312D6F4279505A2D214F6E437549 | 36A2A761331DF3AEE4E0D811AD06FD94F9FBB4A2 |
| 178 | 2D7142343139312D4E797E546C4F54367A69314A | 059756D76A6F964A61F178F410E25C49ED508BFF |
| 179 | 2D7142343139312D4B4543505770493377704C31 | 1E82874378C6C7F351135C29057E0A34F8AC9ABC |
| 180 | 2D5554333535572D53B1BD4CD14E31377306EDB5 | C41CD466A7A0536D55B2F05A97C68E8B774D351F |
| 181 | 2D5554333535572D35B1AC67F3ADB37238BB6BF4 | DFCBE824F95FDE2C814953240BD598B7ADF8DB66 |
| 182 | 2D5554333535572D53B10DD01B4A0181C3A56E0F | C41CD466A7A0536D55B2F05A97C68E8B774D351F |
| 183 | 2D5554333535572D53B1B7C5C8510F88D1BFD4B8 | DFCBE824F95FDE2C814953240BD598B7ADF8DB66 |
| 184 | 2D5554333535572D53B1C116250D34605720567A | C41CD466A7A0536D55B2F05A97C68E8B774D351F |
| 185 | 2D5554333535572D35B18EB48A194E1F6A7846FC | DFCBE824F95FDE2C814953240BD598B7ADF8DB66 |
| 186 | 2D5554333535572D35B183E71B893B45C984922E | DFCBE824F95FDE2C814953240BD598B7ADF8DB66 |
| 187 | 2D7142343139312D49636E2E6F6B6C6D532D6D74 | A1C029D0DE486DECB87BBA311BE312950073D808 |

| | | |
|---|---|---|
| 188 | 2D5452323934302D71646262786C7275716F6B61 | 1C366AD3D02EF18082E1C605F88BEF033755CFE0 |
| 189 | 2D7142343139312D21556D484B2E575037686C7E | 1B07CBAC8CDB508B08F483641B6D784A7756F8F4 |
| 190 | 2D5554333535572D53B10BAAC3CC6EB78C370240 | 1519FA7D69BD075492C9E3ABA0D0BB77F5441915 |
| 191 | 2D4C54313230302D2E30667A612A28426B4D626E | 6B15AE6D31D1C71821140DBE6D146F5B35B0123F |
| 192 | 2D5554333535572D53B1975D0A9463E153505055 | 1519FA7D69BD075492C9E3ABA0D0BB77F5441915 |
| 193 | 2D5452323934302D6E663267616B61357168666C | 6BF3E841284034E6BD78D9B7C1D654BE1F55A2B3 |
| 194 | 2D5554333535572D53B17430C6B9B41C23465399 | 1519FA7D69BD075492C9E3ABA0D0BB77F5441915 |
| 195 | 2D5452323933302D6B65656865677A6C3436766F | 14B158C33D2C95F32336C59B8D15CA4B571A42EF |
| 196 | 2D5554333535572D53B12E41A4D875ECC562C731 | 1519FA7D69BD075492C9E3ABA0D0BB77F5441915 |
| 197 | 2D4658303230302D5C426B84C532CD1C8F768622 | ACC8D40BB46DB7C8975AC0FB4CC0A0F52D10D263 |
| 198 | 2D5554333535572D53B1FFF33C30E31D3045EE33 | 1519FA7D69BD075492C9E3ABA0D0BB77F5441915 |
| 199 | 2D4658303230302D5C426B84C532CD1C8F768622 | ACC8D40BB46DB7C8975AC0FB4CC0A0F52D10D263 |
| 200 | 2D5554333535572D53B1F0C40DE10467CD0A6B67 | 1519FA7D69BD075492C9E3ABA0D0BB77F5441915 |
| 201 | 2D4658303230302D5C426B84C532CD1C8F768622 | ACC8D40BB46DB7C8975AC0FB4CC0A0F52D10D263 |
| 202 | 2D5452323934302D6532643061613471663170 6F | 3956F4447EBE30C55C312FB8A422B23A181B5946 |
| 203 | 2D5452323934302D6532643061613471663170 6F | 3956F4447EBE30C55C312FB8A422B23A181B5946 |
| 204 | 2D5554333535572D53B17AC16F07C3DD5DD31050 | 1519FA7D69BD075492C9E3ABA0D0BB77F5441915 |
| 205 | 2D4658303230302D5C426B84C532CD1C8F768622 | ACC8D40BB46DB7C8975AC0FB4CC0A0F52D10D263 |
| 206 | 2D7142343139302D6F324F4B6A3832645F2D5944 | 633CDCBD4BD85F8AE4FFF34BA1A034A294526F6B |
| 207 | 2D415A353736302D4A5034713541724437576162 | 6F1CD8A4CB34A8F909D469CC8B4523DD49B687F1 |
| 208 | 2D7142343135302D7A7474335952796B71384B79 | 99D7078E9713B464F303C76A175AFB7E0C9A267B |
| 209 | 2D4657363833392D7A306E416464637267574957 | 2B4D81DF5EB0B4EC6BA43E777604D1086BF6A0DA |
| 210 | 2D5A4F323033392D7A44703173703742464D4C61 | D8CC07A7235619C455C02FFCCF65319F9C62404A |
| 211 | 2D5557313035382D6142384734623364365F765A | 99D7078E9713B464F303C76A175AFB7E0C9A267B |
| 212 | 2D5557313035382D3552665750585370583 97850 | 294727237E09BE24C1FBA92C3F20118397B9B7BA |
| 213 | 2D415A353736302D3867447166703635724C3771 | 139422207459D3D2D2C92E1E0EFFDE6D9C0E3F42 |
| 214 | 2D4243303133322DF612359397E4E070A8FA0129 | 294727237E09BE24C1FBA92C3F20118397B9B7BA |
| 215 | 2D5557313035382D484462473521695F39625861 | 99D7078E9713B464F303C76A175AFB7E0C9A267B |
| 216 | 2D4243303133322DF612359397E4E070A8FA0129 | 294727237E09BE24C1FBA92C3F20118397B9B7BA |
| 217 | 2D5554333535572D53B177A61B4ACA90E18D1F82 | DFCBE824F95FDE2C814953240BD598B7ADF8DB66 |
| 218 | 2D5554333535572D53B1515BCEEE7A66E1E21B4F | AE481689AAC854A6482156D992281305DC392CD5 |
| 219 | 2D5554333535572D53B1721802B70A4EEFDB129D | DFCBE824F95FDE2C814953240BD598B7ADF8DB66 |
| 220 | 2D7142343139312D394F617E487237486C345A37 | 14B158C33D2C95F32336C59B8D15CA4B571A42EF |
| 221 | 2D7142343139312D5763416A6C5F4A354646476E | BA73DB45EF7CA24B0B9BCC83119DE3EDF103ED95 |
| 222 | 2D7142343139312D6445215F6D6A6E456B784736 | 14B158C33D2C95F32336C59B8D15CA4B571A42EF |
| 223 | 2D7142343139312D48384D7A7449554473703934 | BA73DB45EF7CA24B0B9BCC83119DE3EDF103ED95 |
| 224 | 2D7142343139312D436979572D2D4F682E4B5571 | 14B158C33D2C95F32336C59B8D15CA4B571A42EF |
| 225 | 2D7142343139312D2E51295A72295A55432E6359 | BA73DB45EF7CA24B0B9BCC83119DE3EDF103ED95 |
| 226 | 2D5452323933302D6D6932346979717373743037 | ECFA0E9BC730231396CBEBA93D243E76B8DFB758 |
| 227 | 2D7142343139312D796E76314A632A57727A7A35 | 14B158C33D2C95F32336C59B8D15CA4B571A42EF |
| 228 | 2D5452323933302D6D6932346979717373743037 | ECFA0E9BC730231396CBEBA93D243E76B8DFB758 |
| 229 | 2D7142343139312D4E336D504521556E69537173 | BA73DB45EF7CA24B0B9BCC83119DE3EDF103ED95 |
| 230 | 2D5452323933302D6D6932346979717373743037 | ECFA0E9BC730231396CBEBA93D243E76B8DFB758 |
| 231 | 2D7142343139312D51285548306B597855692A48 | BA73DB45EF7CA24B0B9BCC83119DE3EDF103ED95 |
| 232 | 2D5452323933302D6D6932346979717373743037 | ECFA0E9BC730231396CBEBA93D243E76B8DFB758 |
| 233 | 2D7142343139312D37472E547271372950444A45 | BA73DB45EF7CA24B0B9BCC83119DE3EDF103ED95 |
| 234 | 5449583033323633 2D66306935 6435673066316433 | 7857CD9BFD755381EA65EBD51B532CA38D13D670 |

| | | |
|---|---|---|
| 235 | 2D4657363833312D73566239674F3872464C4347 | 6F1CD8A4CB34A8F909D469CC8B4523DD49B687F1 |
| 236 | 2D4657363833312D7465633345172675753285738 | 6F1CD8A4CB34A8F909D469CC8B4523DD49B687F1 |
| 237 | 2D4657363833312D78777969346D56732E736B39 | 7857CD9BFD755381EA65EBD51B532CA38D13D670 |
| 238 | 2D4657363833312D52565F3432556E3333694533 | 7857CD9BFD755381EA65EBD51B532CA38D13D670 |
| 239 | 2D7142343230302D4A2D574950216F5055524744 | 16CE26D6CDDCA3ED073D1EB410E5F32151E23137 |
| 240 | 2D7142343230302D674C4A68677E6F7A6E443131 | 16CE26D6CDDCA3ED073D1EB410E5F32151E23137 |
| 241 | 2D5554333535572D53B1D4B236F6A0CCA974D2BB | ECFA0E9BC730231396CBEBA93D243E76B8DFB758 |
| 242 | 2D4657363833312D452866793557644658355873 | 7857CD9BFD755381EA65EBD51B532CA38D13D670 |
| 243 | 2D4657363833312D7E716337675A214747556644 | 6F1CD8A4CB34A8F909D469CC8B4523DD49B687F1 |
| 244 | 2D4657363833312D2858352D4E7A66455F482A58 | 7857CD9BFD755381EA65EBD51B532CA38D13D670 |
| 245 | 2D4657363833312D702A28644C4E5A294B725867 | 6F1CD8A4CB34A8F909D469CC8B4523DD49B687F1 |
| 246 | 2D4657363833312D5A736F7E614C214469706C34 | 7857CD9BFD755381EA65EBD51B532CA38D13D670 |
| 247 | 2D4657363833312D4E5A7E28336F6F67727E294C | 6F1CD8A4CB34A8F909D469CC8B4523DD49B687F1 |
| 248 | 2D4657363833312D683076787872524846575743 | 7857CD9BFD755381EA65EBD51B532CA38D13D670 |
| 249 | 2D5554333535572D53B13E1CFE870817655AD2BB | 99D7078E9713B464F303C76A175AFB7E0C9A267B |
| 250 | 2D5557313035382D28667642324A58747A2E4E32 | 633CDCBD4BD85F8AE4FFF34BA1A034A294526F6B |

| NO | Torrent Name | Hit Date |
|---|---|---|
| 1 | Once.Upon.a.Time.in.Venice.2017.WEB-DL.x264-FGT | 8/16/2018 18:20 |
| 2 | I.Feel.Pretty.2018.1080p.WEB-DL.AAC2.0.H264-FGT | 8/19/2018 13:02 |
| 3 | I Feel Pretty (2018) [WEBRip] [720p] [YTS.AM] | 8/20/2018 16:38 |
| 4 | The.hitmans.bodyguard.2017.1080p-dual-lat.mp4 | 8/25/2018 22:30 |
| 5 | I Feel Pretty (2018) [BluRay] [720p] [YTS.AM] | 8/27/2018 7:54 |
| 6 | Criminal.2016.720p.BluRay.H264.AAC-RARBG | 8/27/2018 10:14 |
| 7 | I Feel Pretty (2018) [BluRay] [720p] [YTS.AM] | 8/27/2018 11:07 |
| 8 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | 8/28/2018 23:20 |
| 9 | Colossal.2016.720p.WEB-DL.XviD.MP3-FGT | 9/4/2018 0:05 |
| 10 | I.Feel.Pretty.2018.1080p.WEB-DL.AAC2.0.H264-FGT | 9/6/2018 14:02 |
| 11 | A.Family.Man.2016.FRENCH.BDRip.XviD-EXTREME.WwW.Torrent9.tv | 9/9/2018 1:42 |
| 12 | The.Hitmans.Bodyguard.2017.BRRip.XviD.AC3-EVO | 9/27/2018 23:55 |
| 13 | I Feel Pretty (2018) [WEBRip] [1080p] [YTS.AM] | 9/30/2018 3:22 |
| 14 | I.Feel.Pretty.2018.WEB-DL.x264-FGT | 10/29/2018 22:24 |
| 15 | I Feel Pretty (2018) [WEBRip] [1080p] [YTS.AM] | 10/31/2018 17:46 |
| 16 | Hunter Killer 2018 HDCAM.XViD.AC3-ETRG | 11/1/2018 1:31 |
| 17 | Mechanic Resurrection (2016) [1080p] [YTS.AG] | 11/7/2018 23:14 |
| 18 | A.Family.Man.2016.FRENCH.BDRip.XviD-EXTREME.WwW.Torrent9.tv | 11/11/2018 21:17 |
| 19 | The.Hitmans.Bodyguard.2017.HDRip.XviD.AC3-EVO | 11/20/2018 10:22 |
| 20 | The.Hitmans.BodyGuard.2017.1080p.BluRay.x264.TrueHD.7.1.Atmos-HDC | 12/1/2018 17:13 |
| 21 | Dallas Buyers Club (2013) [1080p] | 12/2/2018 5:33 |
| 22 | The.Hitmans.BodyGuard.2017.1080p.BluRay.x264.TrueHD.7.1.Atmos-HDC | 12/2/2018 5:44 |
| 23 | Mechanic Resurrection (2016) [1080p] [YTS.AG] | 12/2/2018 6:49 |
| 24 | The.Hitmans.BodyGuard.2017.1080p.BluRay.x264.TrueHD.7.1.Atmos-HDC | 12/2/2018 7:52 |
| 25 | Dallas Buyers Club (2013) [1080p] | 12/2/2018 9:48 |
| 26 | The.Hitmans.BodyGuard.2017.1080p.BluRay.x264.TrueHD.7.1.Atmos-HDC | 12/2/2018 9:54 |
| 27 | I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] | 12/14/2018 2:14 |
| 28 | Hunter.Killer.2018.1080p.KORSUB.HDRip.x264.AAC2.0-STUTTERSHIT | 12/17/2018 19:04 |
| 29 | Criminal 2016 1080p BluRay x264 DTS-JYK | 12/17/2018 21:21 |
| 30 | Hunter.Killer.2018.1080p.KORSUB.HDRip.x264.AAC2.0-STUTTERSHIT | 12/17/2018 22:16 |
| 31 | Hunter.Killer.2018.HC.HDRip.XviD.AC3-EVO | 12/22/2018 22:46 |
| 32 | Hunter.Killer.2018.1080p.KORSUB.HDRip.x264.AAC2.0-STUTTERSHIT | 12/25/2018 0:59 |
| 33 | Colossal (2016) 1080p BrRip x264 - VPPV | 1/2/2019 4:57 |
| 34 | Hunter.Killer.2018.1080p.KORSUB.HDRip.x264.AAC2.0-STUTTERSHIT | 1/5/2019 0:39 |
| 35 | Hunter.Killer.2018.HDRip.XviD.AC3-EVO | 1/15/2019 12:30 |
| 36 | Hunter.Killer.2018.1080p.WEB-DL.DD5.1.H264-FGT | 1/16/2019 3:09 |
| 37 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | 1/16/2019 10:24 |
| 38 | Hunter.Killer.2018.HDRip.XviD.AC3-EVO[EtMovies] | 1/16/2019 15:24 |
| 39 | Hunter.Killer.2018.1080p.WEB-DL.H264.AC3-EVO[TGx] | 1/16/2019 23:38 |
| 40 | Hunter Killer (2018) [WEBRip] [720p] [YTS.AM] | 1/19/2019 0:35 |
| 41 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | 1/19/2019 13:12 |
| 42 | The.Hitmans.Bodyguard.2017.Bluray.1080p.x264-Grym | 1/21/2019 16:17 |
| 43 | Criminal.2016.Bluray.1080p.DTS-HD.x264-Grym | 1/21/2019 18:01 |
| 44 | Hunter Killer (2018) [BluRay] [1080p] [YTS.AM] | 1/30/2019 18:31 |
| 45 | The.Hitmans.Bodyguard.2017.Multi.2160p.UHD.BluRay.x265.HDR.Atmos.7.1. | 1/30/2019 19:33 |
| 46 | Hunter Killer (2018) [BluRay] [1080p] [YTS.AM] | 1/30/2019 18:52 |

| | | |
|---|---|---|
| 47 | The.Hitmans.Bodyguard.2017.Multi.2160p.UHD.BluRay.x265.HDR.Atmos.7.1. | 1/30/2019 19:54 |
| 48 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | 2/2/2019 0:58 |
| 49 | Hunter.Killer.2018.1080p.KORSUB.HDRip.x264.AAC2.0-STUTTERSHIT | 2/2/2019 7:40 |
| 50 | Hunter.Killer.2018.1080p.BluRay.H264.AAC-RARBG | 2/4/2019 19:34 |
| 51 | Distorted (2018) [WEBRip] [1080p] [YTS.AM] | 2/6/2019 13:24 |
| 52 | Mechanic Resurrection (2016) 2160p 4K UltraHD BluRay (x265 HEVC 10bit) AT | 2/8/2019 9:16 |
| 53 | Hunter.Killer.2018.2160p.BluRay.x265.10bit.HDR.DTS-HD.MA.TrueHD.7.1.Atm | 2/9/2019 6:57 |
| 54 | Mechanic Resurrection (2016) 2160p 4K UltraHD BluRay (x265 HEVC 10bit) AT | 2/9/2019 7:45 |
| 55 | Hunter Killer (2018) [BluRay] [1080p] [YTS.AM] | 2/9/2019 9:59 |
| 56 | Hunter.Killer.2018.2160p.BluRay.x265.10bit.HDR.DTS-HD.MA.TrueHD.7.1.Atm | 2/9/2019 10:02 |
| 57 | I Feel Pretty (2018) [WEBRip] [1080p] [YTS.AM] | 2/11/2019 17:52 |
| 58 | Hunter Killer (2018) [BluRay] [1080p] [YTS.AM] | 2/21/2019 17:34 |
| 59 | I Feel Pretty (2018) [WEBRip] [1080p] [YTS.AM] | 2/23/2019 17:47 |
| 60 | Hunter.Killer.2018.HC.HDRip.XviD.AC3-EVO | 2/24/2019 1:18 |
| 61 | The.Hitmans.Bodyguard.2017.1080p.WEBRip.DD5.1.x264-NOGRP | 2/25/2019 6:37 |
| 62 | I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] | 2/25/2019 9:01 |
| 63 | I Feel Pretty (2018) [WEBRip] [1080p] [YTS.AM] | 3/4/2019 13:13 |
| 64 | I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] | 3/12/2019 11:39 |
| 65 | I Feel Pretty (2018) [WEBRip] [1080p] [YTS.AM] | 3/16/2019 18:49 |
| 66 | I.Feel.Pretty.2018.HDRip.XViD.AC3-ETRG | 3/18/2019 21:14 |
| 67 | I Feel Pretty (2018) [WEBRip] [1080p] [YTS.AM] | 3/24/2019 17:31 |
| 68 | I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] | 3/25/2019 16:17 |
| 69 | Hunter.Killer.2018.2160p.BluRay.x265.10bit.HDR.DTS-HD.MA.TrueHD.7.1.Atm | 3/27/2019 3:39 |
| 70 | Hunter.Killer.2018.2160p.BluRay.x265.10bit.SDR.DTS-HD.MA.TrueHD.7.1.Atm | 3/27/2019 8:50 |
| 71 | London Has Fallen 2016 1080p BluRay x264 DTS-JYK | 3/30/2019 2:13 |
| 72 | Hunter Killer 2018.UHD.BluRay.2160p.x265.Atmos.7.1-DTOne | 3/31/2019 23:10 |
| 73 | I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] | 4/1/2019 19:18 |
| 74 | Hunter Killer (2018) [BluRay] [1080p] [YTS.AM] | 4/6/2019 15:52 |
| 75 | The.Hitmans.Bodyguard.2017.2160p.UHD.BluRay.x265-TERMiNAL | 4/11/2019 17:24 |
| 76 | I Feel Pretty (2018) [WEBRip] [1080p] [YTS.AM] | 4/13/2019 23:39 |
| 77 | The.Professor.and.the.Madman.2019.WEB-DL.x264-FGT | 4/16/2019 12:43 |
| 78 | The.Professor.and.the.Madman.2019.1080p.WEB-DL.DD5.1.H264-FGT | 4/18/2019 21:55 |
| 79 | The.Professor.and.the.Madman.2019.1080p.WEBRip.x264-RARBG | 4/19/2019 0:23 |
| 80 | The Hitmans Bodyguard (2017) [720p] [YTS.PE] | 4/19/2019 7:15 |
| 81 | I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] | 4/19/2019 17:56 |
| 82 | Hunter Killer (2018) [WEBRip] [720p] [YTS.AM] | 4/21/2019 3:59 |
| 83 | The Professor and the Madman.2019.HDRip.XviD.AC3-EVO[EtMovies] | 4/21/2019 4:12 |
| 84 | The Professor and the Madman.2019.HDRip.XviD.AC3-EVO[EtMovies] | 4/21/2019 4:13 |
| 85 | I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] | 4/22/2019 23:50 |
| 86 | I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] | 4/22/2019 23:52 |
| 87 | The.Professor.and.the.Madman.2019.1080p.WEB-DL.DD5.1.H264-FGT | 4/25/2019 14:47 |
| 88 | The Professor And The Madman (2019) [WEBRip] [720p] [YTS.AM] | 4/26/2019 8:29 |
| 89 | The.Professor.and.the.Madman.2019.1080p.WEBRip.x264-RARBG | 4/26/2019 18:02 |
| 90 | The.Professor.and.the.Madman.2019.1080p.WEBRip.x264-RARBG | 4/26/2019 18:05 |
| 91 | Mechanic.Resurrection.2016.1080p.BluRay.x264.TrueHD.7.1.Atmos-FGT | 4/30/2019 23:11 |
| 92 | Mechanic.Resurrection.2016.1080p.BluRay.x264.TrueHD.7.1.Atmos-FGT | 4/30/2019 23:06 |
| 93 | The.Hitmans.BodyGuard.2017.1080p.BluRay.x264.TrueHD.7.1.Atmos-HDC | 5/1/2019 1:23 |

| | | |
|---|---|---|
| 94 | Mechanic.Resurrection.2016.1080p.BluRay.x264.TrueHD.7.1.Atmos-FGT | 5/1/2019 2:18 |
| 95 | The.Hitmans.BodyGuard.2017.1080p.BluRay.x264.TrueHD.7.1.Atmos-HDC | 5/1/2019 2:27 |
| 96 | The.Hitmans.BodyGuard.2017.1080p.BluRay.x264.TrueHD.7.1.Atmos-HDC | 5/2/2019 18:54 |
| 97 | Extremely.Wicked.Shockingly.Evil.And.Vile.2019.iNTERNAL.1080p.WEB.X264-/ | 5/12/2019 21:47 |
| 98 | Extremely.Wicked.Shockingly.Evil.and.Vile.2019.HDRip.XviD.AC3-EVO | 5/26/2019 16:42 |
| 99 | Extremely.Wicked.Shockingly.Evil.and.Vile.2019.HDRip.XviD.AC3-EVO | 5/26/2019 16:43 |
| 100 | Extremely.Wicked.Shockingly.Evil.and.Vile.2019.HDRip.XviD.AC3-EVO | 5/26/2019 17:41 |
| 101 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | 6/9/2019 1:13 |
| 102 | I Feel Pretty (2018) [BluRay] [1080p] [YTS.AM] | 6/12/2019 6:15 |
| 103 | The.Hitmans.Bodyguard.2017.720p.HDRip.X264.AC3 (mkvtv.net).mkv | 6/23/2019 4:38 |
| 104 | Extremely.Wicked.Shockingly.Evil.and.Vile.2019.720p.WEBRip.800MB.x264-G | 6/27/2019 4:55 |
| 105 | Hellboy.2019.1080p.KORSUB.HDRip.x264.AAC2.0-STUTTERSHIT | 7/3/2019 4:03 |
| 106 | Hellboy.2019.HC.HDRip.XviD.AC3-EVO[TGx] | 7/7/2019 0:12 |
| 107 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | 7/10/2019 15:53 |
| 108 | Hellboy.2019.1080p.WEB-DL.AC3.H264-CMRG[EtHD] | 7/10/2019 18:37 |
| 109 | Hellboy.2019.1080p.WEB-DL.AC3.H264-CMRG[EtHD] | 7/10/2019 19:38 |
| 110 | I.Feel.Pretty.2018.HDRip.XViD.AC3-ETRG | 7/10/2019 20:26 |
| 111 | Hellboy.2019.HC.HDRip.XViD.AC3-ETRG | 7/10/2019 20:39 |
| 112 | Hellboy.2019.1080p.WEB-DL.AC3.H264-CMRG[EtHD] | 7/10/2019 20:36 |
| 113 | I.Feel.Pretty.2018.HDRip.XViD.AC3-ETRG | 7/10/2019 21:36 |
| 114 | Hellboy.2019.HC.HDRip.XViD.AC3-ETRG | 7/10/2019 23:27 |
| 115 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG | 7/11/2019 6:19 |
| 116 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG | 7/11/2019 6:15 |
| 117 | Hellboy 2019 1080p WEB-Rip X264 AC3 - 5 1 KINGDOM-RG | 7/12/2019 2:55 |
| 118 | Hellboy.2019.INTERNAL.HDR.2160p.WEB.X265-DEFLATE | 7/13/2019 17:07 |
| 119 | Hellboy.2019.INTERNAL.HDR.2160p.WEB.X265-DEFLATE | 7/13/2019 17:07 |
| 120 | Hellboy (2019) [WEBRip] [720p] [YTS.LT] | 7/15/2019 22:04 |
| 121 | Hellboy (2019) [WEBRip] [720p] [YTS.LT] | 7/15/2019 22:04 |
| 122 | Hellboy (2019) [BluRay] [1080p] [YTS.LT] | 7/16/2019 22:20 |
| 123 | Hellboy (2019) [BluRay] [1080p] [YTS.LT] | 7/16/2019 22:20 |
| 124 | Hellboy.2019.KORSUB.HDRip.x264-STUTTERSHIT | 7/17/2019 6:47 |
| 125 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | 7/17/2019 7:48 |
| 126 | Hellboy.2019.KORSUB.HDRip.x264-STUTTERSHIT | 7/17/2019 7:55 |
| 127 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | 7/17/2019 8:01 |
| 128 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | 7/17/2019 8:11 |
| 129 | Hellboy.2019.KORSUB.HDRip.x264-STUTTERSHIT | 7/17/2019 8:25 |
| 130 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | 7/17/2019 8:21 |
| 131 | Hellboy.2019.KORSUB.HDRip.x264-STUTTERSHIT | 7/17/2019 13:22 |
| 132 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | 7/17/2019 13:46 |
| 133 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | 7/17/2019 13:59 |
| 134 | Hellboy.2019.KORSUB.HDRip.x264-STUTTERSHIT | 7/17/2019 16:57 |
| 135 | Hellboy.2019.KORSUB.HDRip.x264-STUTTERSHIT | 7/17/2019 17:57 |
| 136 | Hellboy.2019.KORSUB.HDRip.x264-STUTTERSHIT | 7/17/2019 17:57 |
| 137 | Hellboy (2019) [BluRay] [1080p] [YTS.LT] | 7/21/2019 4:45 |
| 138 | Hellboy (2019) [BluRay] [1080p] [YTS.LT] | 7/21/2019 4:45 |
| 139 | Hellboy.2019.1080p.WEBRip.x264-RARBG | 7/21/2019 13:50 |
| 140 | Hellboy.2019.Kor.1080p.H264.AAC-MreD.mp4 | 7/23/2019 2:50 |

| | | |
|---|---|---|
| 141 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | 7/28/2019 22:15 |
| 142 | Hellboy.2019.1080p.BluRay.x264-DRONES[rarbg] | 8/7/2019 11:45 |
| 143 | I.Feel.Pretty.2018.1080p.BluRay.H264.AAC-RARBG | 8/7/2019 15:35 |
| 144 | Hellboy.2019.1080p.BluRay.x264.TrueHD.7.1.Atmos-FGT | 8/11/2019 2:02 |
| 145 | Hunter Killer 2018 720p HDCAM-1XBET | 8/14/2019 4:48 |
| 146 | The Professor And The Madman (2019) [BluRay] [1080p] [YTS.LT] | 8/15/2019 0:17 |
| 147 | Hunter.Killer.2018.2160p.UHD.HDR.BluRay.(x265 10bit DD5.1).[WMAN-LorD] | 8/30/2019 6:04 |
| 148 | Hellboy.2019.1080p.WEBRip.x264-RARBG | 9/8/2019 18:40 |
| 149 | London Has Fallen (2016) [YTS.AG] | 9/12/2019 7:10 |
| 150 | Hellboy.2019.1080p.BluRay.H264.AAC-RARBG | 9/20/2019 17:18 |
| 151 | Hellboy.2019.1080p.BluRay.H264.AAC-RARBG | 9/21/2019 9:15 |
| 152 | Fathers And Daughters (2015) [1080p] [YTS.AG] | 9/21/2019 9:47 |
| 153 | Hellboy.2019.1080p.BluRay.H264.AAC-RARBG | 9/21/2019 11:10 |
| 154 | Hellboy.2019.1080p.BluRay.H264.AAC-RARBG | 9/21/2019 12:12 |
| 155 | Hellboy.2019.1080p.BluRay.H264.AAC-RARBG | 9/21/2019 12:12 |
| 156 | Hellboy.2019.1080p.BluRay.H264.AAC-RARBG | 9/21/2019 13:12 |
| 157 | Hellboy.2019.1080p.BluRay.H264.AAC-RARBG | 9/21/2019 14:39 |
| 158 | Hellboy.2019.1080p.BluRay.H264.AAC-RARBG | 9/21/2019 15:42 |
| 159 | Hunter Killer (2018) x 1616 (2160p) HDR 5.1 x265 10bit Phun Psyz.mkv | 9/23/2019 11:26 |
| 160 | Fathers And Daughters (2015) [1080p] [YTS.AG] | 9/23/2019 12:07 |
| 161 | Hunter Killer (2018) x 1616 (2160p) HDR 5.1 x265 10bit Phun Psyz.mkv | 9/23/2019 12:48 |
| 162 | Fathers And Daughters (2015) [1080p] [YTS.AG] | 9/23/2019 13:08 |
| 163 | Hellboy.2019.1080p.WEBRip.x264-RARBG | 9/28/2019 0:42 |
| 164 | Hellboy.2019.1080p.WEBRip.x264-RARBG | 9/28/2019 2:14 |
| 165 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | 9/28/2019 22:29 |
| 166 | Fathers And Daughters (2015) [1080p] [YTS.AG] | 9/28/2019 22:55 |
| 167 | Dallas Buyers Club (2013) [1080p] | 9/30/2019 4:09 |
| 168 | Hellboy 2019 HDRip 1080p HQ Line Telugu + Tamil + Hindi + Eng[MB].mkv | 10/1/2019 11:19 |
| 169 | I.Feel.Pretty.2018.HDRip.XViD.AC3-ETRG | 10/29/2019 13:06 |
| 170 | Hellboy.2019.HC.HDRip.XViD.AC3-ETRG | 10/29/2019 13:50 |
| 171 | I.Feel.Pretty.2018.HDRip.XViD.AC3-ETRG | 10/29/2019 14:13 |
| 172 | Hunter Killer (2018) [WEBRip] [720p] [YTS.AM] | 11/1/2019 11:04 |
| 173 | Rambo Last Blood 2019 HDCAM x264 AC3-ETRG | 11/3/2019 6:52 |
| 174 | Rambo Last Blood 2019 HDCAM x264 AC3-ETRG | 11/3/2019 9:00 |
| 175 | Rambo Last Blood 2019 HDCAM x264 AC3-ETRG | 11/3/2019 10:20 |
| 176 | Hellboy.2019.WEBRip.x264-ION10 | 11/6/2019 15:02 |
| 177 | Angel.Has.Fallen.2019.WEB-DL.720p.seleZen.mkv | 11/12/2019 3:14 |
| 178 | Angel Has Fallen 2019 1080p BluRay x264-AMAZON | 11/12/2019 4:06 |
| 179 | Angel.Has.Fallen.2019.WEB-DL.1080p.seleZen.mkv | 11/12/2019 4:10 |
| 180 | Angel.Has.Fallen.2019.1080p.WEBRip.x264-RARBG | 11/12/2019 9:33 |
| 181 | Angel.Has.Fallen.2019.WEB-DL.x264-FGT | 11/12/2019 16:22 |
| 182 | Angel.Has.Fallen.2019.1080p.WEBRip.x264-RARBG | 11/12/2019 17:30 |
| 183 | Angel.Has.Fallen.2019.WEB-DL.x264-FGT | 11/12/2019 17:31 |
| 184 | Angel.Has.Fallen.2019.1080p.WEBRip.x264-RARBG | 11/12/2019 18:34 |
| 185 | Angel.Has.Fallen.2019.WEB-DL.x264-FGT | 11/13/2019 8:58 |
| 186 | Angel.Has.Fallen.2019.WEB-DL.x264-FGT | 11/13/2019 8:59 |
| 187 | Angel.Has.Fallen.2019.720p.WEBRip.800MB.x264-GalaxyRG[TGx] | 11/14/2019 4:10 |

| | | |
|---|---|---|
| 188 | Angel.Has.Fallen.2019.1080p.WEB-DL.H264.AC3-EVO[EtHD] | 11/14/2019 19:08 |
| 189 | Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT] | 11/14/2019 23:59 |
| 190 | [ Torrent9.cz ] Hellboy.2019.FRENCH.BDRip.XviD-EXTREME.avi | 11/15/2019 1:42 |
| 191 | Angel Has Fallen (2019) [WEBRip] [720p] [YTS.LT] | 11/15/2019 4:56 |
| 192 | [ Torrent9.cz ] Hellboy.2019.FRENCH.BDRip.XviD-EXTREME.avi | 11/15/2019 4:48 |
| 193 | Angel.Has.Fallen.2019.MULTi.1080p.Bluray.Atmos.7.1.HEVC-DDR[EtHD] | 11/15/2019 5:47 |
| 194 | [ Torrent9.cz ] Hellboy.2019.FRENCH.BDRip.XviD-EXTREME.avi | 11/15/2019 6:57 |
| 195 | Angel.Has.Fallen.2019.1080p.BluRay.x264-AAA[rarbg] | 11/15/2019 15:46 |
| 196 | [ Torrent9.cz ] Hellboy.2019.FRENCH.BDRip.XviD-EXTREME.avi | 11/15/2019 16:37 |
| 197 | [ OxTorrent.com ] Angel.Has.Fallen.2019.FRENCH.720p.BluRay.x264.AC3-EXTR | 11/16/2019 5:38 |
| 198 | [ Torrent9.cz ] Hellboy.2019.FRENCH.BDRip.XviD-EXTREME.avi | 11/16/2019 5:52 |
| 199 | [ OxTorrent.com ] Angel.Has.Fallen.2019.FRENCH.720p.BluRay.x264.AC3-EXTR | 11/16/2019 6:59 |
| 200 | [ Torrent9.cz ] Hellboy.2019.FRENCH.BDRip.XviD-EXTREME.avi | 11/16/2019 7:07 |
| 201 | [ OxTorrent.com ] Angel.Has.Fallen.2019.FRENCH.720p.BluRay.x264.AC3-EXTR | 11/16/2019 7:28 |
| 202 | The.Professor.and.the.Madman.2019.WEB-DL.x264-FGT | 11/16/2019 7:32 |
| 203 | The.Professor.and.the.Madman.2019.WEB-DL.x264-FGT | 11/16/2019 7:35 |
| 204 | [ Torrent9.cz ] Hellboy.2019.FRENCH.BDRip.XviD-EXTREME.avi | 11/16/2019 8:13 |
| 205 | [ OxTorrent.com ] Angel.Has.Fallen.2019.FRENCH.720p.BluRay.x264.AC3-EXTR | 11/16/2019 8:13 |
| 206 | Angel.Has.Fallen.2019.1080p.BluRay.H264.AAC-RARBG | 11/18/2019 3:44 |
| 207 | Angel Has Fallen (2019) [BluRay] [1080p] [YTS.LT] | 11/23/2019 5:01 |
| 208 | Rambo.Last.Blood.2019.HC.HDRip.XviD.AC3-EVO[TGx] | 11/23/2019 23:21 |
| 209 | Rambo Last Blood 2019 HC 1080p HDRip x264 AAC - LOKiHD - Telly | 11/25/2019 4:09 |
| 210 | Rambo Last Blood (2019) WEBRip 1080p [Ukr_Eng] [ViDeO_Hurtom].mkv | 11/26/2019 19:45 |
| 211 | Rambo.Last.Blood.2019.HC.HDRip.XviD.AC3-EVO[TGx] | 11/28/2019 14:31 |
| 212 | Angel.Has.Fallen.2019.HDRip.XviD.AC3-EVO | 11/28/2019 14:46 |
| 213 | Angel.Has.Fallen.2019.2160p.UHD.BluRay.x265-AAAUHD | 11/28/2019 17:25 |
| 214 | Angel.Has.Fallen.2019.HDRip.XviD.AC3-EVO | 11/29/2019 23:28 |
| 215 | Rambo.Last.Blood.2019.HC.HDRip.XviD.AC3-EVO[TGx] | 11/29/2019 23:50 |
| 216 | Angel.Has.Fallen.2019.HDRip.XviD.AC3-EVO | 11/29/2019 23:19 |
| 217 | Angel.Has.Fallen.2019.WEB-DL.x264-FGT | 12/1/2019 0:17 |
| 218 | Hellboy.2019.1080p.BluRay.H264.AAC-RARBG | 12/1/2019 1:07 |
| 219 | Angel.Has.Fallen.2019.WEB-DL.x264-FGT | 12/1/2019 2:16 |
| 220 | Angel.Has.Fallen.2019.1080p.BluRay.x264-AAA[rarbg] | 12/2/2019 7:51 |
| 221 | Angel.Has.Fallen.2019.1080p.WEB-DL.DD5.1.H264-FGT | 12/2/2019 8:00 |
| 222 | Angel.Has.Fallen.2019.1080p.BluRay.x264-AAA[rarbg] | 12/2/2019 16:06 |
| 223 | Angel.Has.Fallen.2019.1080p.WEB-DL.DD5.1.H264-FGT | 12/2/2019 18:03 |
| 224 | Angel.Has.Fallen.2019.1080p.BluRay.x264-AAA[rarbg] | 12/2/2019 19:29 |
| 225 | Angel.Has.Fallen.2019.1080p.WEB-DL.DD5.1.H264-FGT | 12/2/2019 20:42 |
| 226 | Rambo.Last.Blood.2019.1080p.KORSUB.HDRip.x264.AAC2.0-STUTTERSHIT | 12/2/2019 22:23 |
| 227 | Angel.Has.Fallen.2019.1080p.BluRay.x264-AAA[rarbg] | 12/2/2019 22:49 |
| 228 | Rambo.Last.Blood.2019.1080p.KORSUB.HDRip.x264.AAC2.0-STUTTERSHIT | 12/2/2019 23:01 |
| 229 | Angel.Has.Fallen.2019.1080p.WEB-DL.DD5.1.H264-FGT | 12/2/2019 23:10 |
| 230 | Rambo.Last.Blood.2019.1080p.KORSUB.HDRip.x264.AAC2.0-STUTTERSHIT | 12/2/2019 23:13 |
| 231 | Angel.Has.Fallen.2019.1080p.WEB-DL.DD5.1.H264-FGT | 12/2/2019 23:31 |
| 232 | Rambo.Last.Blood.2019.1080p.KORSUB.HDRip.x264.AAC2.0-STUTTERSHIT | 12/2/2019 23:32 |
| 233 | Angel.Has.Fallen.2019.1080p.WEB-DL.DD5.1.H264-FGT | 12/3/2019 0:23 |
| 234 | Rambo Last Blood (2019) [BluRay] [1080p] [YTS.LT] | 12/11/2019 16:29 |

| | | |
|---|---|---|
| 235 | Angel Has Fallen (2019) [BluRay] [1080p] [YTS.LT] | 12/14/2019 4:35 |
| 236 | Angel Has Fallen (2019) [BluRay] [1080p] [YTS.LT] | 12/14/2019 5:34 |
| 237 | Rambo Last Blood (2019) [BluRay] [1080p] [YTS.LT] | 12/14/2019 5:34 |
| 238 | Rambo Last Blood (2019) [BluRay] [1080p] [YTS.LT] | 12/14/2019 5:34 |
| 239 | Hellboy (2019) [BluRay] [1080p] [YTS.LT] | 12/15/2019 16:25 |
| 240 | Hellboy (2019) [BluRay] [1080p] [YTS.LT] | 12/15/2019 16:26 |
| 241 | Rambo.Last.Blood.2019.1080p.KORSUB.HDRip.x264.AAC2.0-STUTTERSHIT | 12/16/2019 7:10 |
| 242 | Rambo Last Blood (2019) [BluRay] [1080p] [YTS.LT] | 12/16/2019 18:03 |
| 243 | Angel Has Fallen (2019) [BluRay] [1080p] [YTS.LT] | 12/16/2019 18:04 |
| 244 | Rambo Last Blood (2019) [BluRay] [1080p] [YTS.LT] | 12/16/2019 18:06 |
| 245 | Angel Has Fallen (2019) [BluRay] [1080p] [YTS.LT] | 12/16/2019 19:12 |
| 246 | Rambo Last Blood (2019) [BluRay] [1080p] [YTS.LT] | 12/16/2019 20:09 |
| 247 | Angel Has Fallen (2019) [BluRay] [1080p] [YTS.LT] | 12/16/2019 20:11 |
| 248 | Rambo Last Blood (2019) [BluRay] [1080p] [YTS.LT] | 12/16/2019 20:12 |
| 249 | Rambo.Last.Blood.2019.HC.HDRip.XviD.AC3-EVO[TGx] | 12/24/2019 18:31 |
| 250 | Angel.Has.Fallen.2019.1080p.BluRay.H264.AAC-RARBG | 12/25/2019 17:21 |