| No | IP | Port | Hit Date UTC | File Name |
|---|---|---|---|---|
| 1 | 98.151.37.27 | 43349 | 2019-09-22 18:52:17 | London Has Fallen (2016) [YTS.AG] |
| 2 | 75.80.217.103 | 49899 | 2019-09-12 20:38:29 | London Has Fallen (2016) [YTS.AG] |
| 3 | 76.173.230.175 | 52125 | 2019-09-09 05:02:03 | London Has Fallen (2016) [YTS.AG] |
| 4 | 98.155.246.110 | 55672 | 2019-09-03 06:27:39 | London Has Fallen (2016) [YTS.AG] |
| 5 | 98.150.158.83 | 43611 | 2019-08-31 09:53:22 | London Has Fallen (2016) [YTS.AG] |
| 6 | 66.91.109.129 | 6881 | 2019-08-28 01:53:49 | London Has Fallen (2016) [YTS.AG] |
| 7 | 66.75.116.181 | 43611 | 2019-08-18 08:01:58 | London Has Fallen (2016) [YTS.AG] |
| 8 | 66.27.210.65 | 51798 | 2019-07-25 13:28:12 | London Has Fallen (2016) [YTS.AG] |
| 9 | 76.173.35.49 | 6881 | 2019-07-22 22:33:20 | London Has Fallen (2016) [YTS.AG] |
| 10 | 98.150.251.143 | 46681 | 2019-07-09 05:21:43 | London Has Fallen (2016) [YTS.AG] |
| 11 | 72.130.242.24 | 56449 | 2019-06-24 22:32:49 | London Has Fallen (2016) [YTS.AG] |
| 12 | 75.85.3.248 | 58382 | 2019-06-15 13:05:59 | London Has Fallen (2016) [YTS.AG] |
| 13 | 50.113.28.140 | 64256 | 2019-05-22 07:34:03 | London Has Fallen (2016) [YTS.AG] |
| 14 | 66.75.103.153 | 47783 | 2019-05-18 11:22:11 | London Has Fallen (2016) [YTS.AG] |
| 15 | 66.8.169.169 | 47380 | 2019-04-15 21:59:13 | London Has Fallen (2016) [YTS.AG] |

**Exhibit "3"**

| No | IP | File Hash | ISP |
|---|---|---|---|
| 1 | 98.151.37.27 | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Spectrum |
| 2 | 75.80.217.103 | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Spectrum |
| 3 | 76.173.230.175 | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Spectrum |
| 4 | 98.155.246.110 | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Spectrum |
| 5 | 98.150.158.83 | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Spectrum |
| 6 | 66.91.109.129 | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Spectrum |
| 7 | 66.75.116.181 | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Spectrum |
| 8 | 66.27.210.65 | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Spectrum |
| 9 | 76.173.35.49 | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Spectrum |
| 10 | 98.150.251.143 | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Spectrum |
| 11 | 72.130.242.24 | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Spectrum |
| 12 | 75.85.3.248 | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Spectrum |
| 13 | 50.113.28.140 | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Spectrum |
| 14 | 66.75.103.153 | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Spectrum |
| 15 | 66.8.169.169 | SHA1: 5FD06ECEAD783738066F56B6F92CF62331797530 | Spectrum |

| No | IP | Region | City | Province |
|---:|---|---|---|---|
| 1 | 98.151.37.27 | Hawaii | Waipahu | Honolulu County |
| 2 | 75.80.217.103 | Hawaii | Wahiawa | Honolulu County |
| 3 | 76.173.230.175 | Hawaii | Honolulu | Honolulu County |
| 4 | 98.155.246.110 | Hawaii | Lahaina | Maui County |
| 5 | 98.150.158.83 | Hawaii | Honolulu | Honolulu County |
| 6 | 66.91.109.129 | Hawaii | Lahaina | Maui County |
| 7 | 66.75.116.181 | Hawaii | Kihei | Maui County |
| 8 | 66.27.210.65 | Hawaii | Honolulu | Honolulu County |
| 9 | 76.173.35.49 | Hawaii | Waipahu | Honolulu County |
| 10 | 98.150.251.143 | Hawaii | Kihei | Maui County |
| 11 | 72.130.242.24 | Hawaii | Honolulu | Honolulu County |
| 12 | 75.85.3.248 | Hawaii | 'Ewa Beach | Honolulu County |
| 13 | 50.113.28.140 | Hawaii | Kapolei | Honolulu County |
| 14 | 66.75.103.153 | Hawaii | Honolulu | Honolulu County |
| 15 | 66.8.169.169 | Hawaii | Kula | Maui County |