April 8, 2020

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 10 2020

at _1_ o'clock and _20_min. _P_ M
SUE BEITIA, CLERK

Case 1:20-cv-00004-JAO-RT Document 19

Objection to the attached claim.

To Whom It May Concern,

I, Cynthia McMillan, have no idea what this is. I have never downloaded a movie. You can come to my home and search every area of my home. I am a newly widowed woman living alone. I have never even heard of this production company let alone would I ever watch a movie that I did not pay for. Please find the attached "movie list of paid movies I have enjoyed at the theatre… paid for in full. Please remove me from your list of people who have wronged you.

Received By Mail
Date 4/10/2020

Respectfully,

Cynthia McMillan

145 Kahala Place

Kula, Hawaii 96790

Mailed On
Date 4/10/2020

SEE

INSIDER PERKS

ALL INSIDER PERKS
MY FANDANGO

MANAGE VIP ACCOUNT

# MY ACCOUNT  FANDANGO VIP

Dashboard
My VIP+ Points
Insider Perks
Purchase History
Account Settings
Email + Preferences
Partner Rewards

**CINDYMCMILLAN58**
*Joined June 23, 2018*

SEE MY VIP+ POINTS

**PARTNER REWARDS CARDS**

*Have a theater rewards card with one of our many partners? Cool. Enter it* **HERE** *to start collecting your points every time you make a Fandango purchase.*

**PAYMENT METHOD**            EDIT

Visa ************6189
Exp. 8/2020

Check your Gift Card or Promo Code balance

## MY INSIDER PERKS

Sorry, we don't have any goodies to offer you now. Please check back often as we're always adding new offers.

## PURCHASE HISTORY



**THE WAY BACK (2020)**

**REFUND COMPLETE**

**Friday, Mar 6 2020**
**3:45 PM**

Regal Maui Mall Megaplex
70 E. Kaahumanu Ave. Suite A, Kahului, HI 96732

View Order Details

SEE ALL MY PURCHASES

## MY THEATERS

Click the on the *theater page* to save the theaters you love for easy browsing.

MY FANDANGO

**MANAGE VIP ACCOUNT**

# MY ACCOUNT FANDANGO VIP

Dashboard
My VIP+ Points
Insider Perks
Purchase History
Account Settings
Email + Preferences
Partner Rewards



### THE WAY BACK (2020)

#### REFUND COMPLETE

FRIDAY, MAR 6 2020
3:45 PM

Regal Maui Mall Megaplex
70 E. Kaahumanu Ave. Suite A, Kahului, HI 96732



### THE CALL OF THE WILD (2020)

#### PURCHASE COMPLETE

SUNDAY, FEB 23 2020
4:30 PM

Regal Maui Mall Megaplex
70 E. Kaahumanu Ave. Suite A, Kahului, HI 96732



### PARASITE (2019)

#### PURCHASE COMPLETE

THURSDAY, FEB 20 2020
3:50 PM

Consolidated Theatres Ka'ahumanu
275 W Kaahumanu Ave, Kahului, HI 96732



### STAR WARS: THE RISE OF SKYWALKER (2019)

#### PURCHASE COMPLETE

THURSDAY, FEB 6 2020
3:45 PM

Regal Maui Mall Megaplex
70 E. Kaahumanu Ave. Suite A, Kahului, HI 96732

### 1917 (2019)

#### PURCHASE COMPLETE

FRIDAY, JAN 31 2020
12:35 PM

70 E. Kaahumanu Ave. Suite A, Kahului, HI 96732





**BAD BOYS FOR LIFE**

**PURCHASE COMPLETE**

**WEDNESDAY, JAN 29 2020**
**3:45 PM**

Regal Maui Mall Megaplex
70 E. Kaahumanu Ave. Suite A, Kahului, HI 96732



**THE GENTLEMEN**

**PURCHASE COMPLETE**

**THURSDAY, JAN 23 2020**
**7:05 PM**

Regal Maui Mall Megaplex
70 E. Kaahumanu Ave. Suite A, Kahului, HI 96732

**THE GENTLEMEN**

**PURCHASE COMPLETE**

**THURSDAY, JAN 23 2020**
**7:05 PM**

Regal Maui Mall Megaplex
70 E. Kaahumanu Ave. Suite A, Kahului, HI 96732



**LIKE A BOSS**

**PURCHASE COMPLETE**

**WEDNESDAY, JAN 15 2020**
**2:55 PM**

Regal Maui Mall Megaplex
70 E. Kaahumanu Ave. Suite A, Kahului, HI 96732



**BOMBSHELL (2019)**

**PURCHASE COMPLETE**

**THURSDAY, JAN 9 2020**
**5:10 PM**

Regal Maui Mall Megaplex
70 E. Kaahumanu Ave. Suite A, Kahului, HI 96732





PS. I only printed page 1 of 4.

1 | 2 | 3 | 4                                                    **MORE**

*Congratulations, you've got movie tickets!*

# CONFIRMATION

○ Tickets   ○ Payment   ○ Confirmation

## THANK YOU FOR YOUR PURCHASE. YOUR CONFIRMATION HAS BEEN EMAILED TO YOU.

**Reserved Seats: D9, D10**
**CONFIRMATION #101271806**

## HOW WOULD YOU LIKE TO GET YOUR FANDANGO TICKETS?

| Send your tickets to your mobile device. | Print your tickets and head to the theater. | Take your confirmation # to the theater to pick up your tickets. |
| --- | --- | --- |
| Mobile (https://tickets.fandango.com/MobileTicketing/?source=uc&receiptId=1dc1a6e4-d757-4981-b410-1aefae471d56) | Print At Home (https://tickets.fandango.com/pahredemption.aspx?receiptId=1dc1a6e4-d757-4981-b410-1aefae471d56) | Bring Confirmation Number (https://tickets.fandango.com/confnumredemption.aspx?receiptId=1dc1a6e4-d757-4981-b410-1aefae471d56) |

## PURCHASE DETAILS

### THE CALL OF THE WILD (2020)
*(PG)*

**Sunday, Feb. 23, 2020**
**Showtime: 4:30 pm**

**Auditorium 12**
**Seats: D9, D10**

**Regal Maui Mall Megaplex**

70 E. Kaahumanu Ave.
Suite A
Kahului, HI 96732

(844) 462-7342

| | |
| --- | --- |
| 2 x Senior | $19.46 |
| Convenience Fee | $3.58 |
| **Total** | **$23.04** |

*Charged to PayPal*

Sales tax included in convenience fee

Can't make the show? (https://tickets.fandango.com/return/transaction/1dc1a6e4-d757-4981-b410-1aefae471d56?actsource=userconfirmation)

Need help with your purchase? Read our FAQ

**Please note:** Your purchase guarantees your seats. In consideration of others, please arrive before show time. Confirmation of this transaction has been e-mailed to you.